**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE:  MARY J. WILKOSZ, AN ALLEGED INCAPACITATED PERSON | :  No. 208 WAL 2018 |
| | : |
| | : |
| | :  Petition for Allowance of Appeal from |
| PETITION OF: JOAN WILKOSZ | :  the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.